IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY ROY HEISEY** | : | CIVIL ACTION NO. 1:15-cv-824 |
| | : | |
| Petitioner | : | (Judge Kane) |
| | : | (Magistrate Judge Saporito) |
| v. | : | |
| | : | |
| **SUPERINTENDENT SCI COAL TOWNSHIP, et al.** | : | |
| | : | |
| Respondents | : | |

# O R D E R

Before the Court in the captioned action is a July 13, 2015 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

**ACCORDINGLY**, this 6th day of August 2015, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Saporito (Doc. No. 5).

2) This case shall be **TRANSFERRED** to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 2241(d). *See Reinhold v. Rozum*, 2007 WL 4248273 (M.D. Pa.); *Wright v. Tennis*, 2007 WL 121855 (M.D. Pa); *Wright v. Diguglielmo*, 2007 WL 1437491 (E.D. Pa.); *Morales v. Palakovich*, Civil No. 10-0036, M.D. Pa., 2-9-10 Order, J. Kosik (§ 2254 Habeas Petition of inmate confined in Middle District of Pennsylvania challenging his Lancaster County, Pennsylvania, conviction and sentence was transferred to the Eastern District of Pennsylvania).

3) The Clerk of Court shall **CLOSE** this case.

                                                        s/ Yvette Kane
                                                       YVETTE KANE, District Judge
                                                       United States District Court
                                                       Middle District of Pennsylvania